**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NATIONAL CHENG KUNG UNIVERSITY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:13-cv-00442-MHS |
| INTEL CORPORATION, | ) |
| Defendant. | ) |

**<u>INTEL CORPORATION'S CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Intel Corporation declares that it is a publicly-held corporation. It has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Dated:  August 30, 2013

Respectfully submitted,

*/s/ Robert Christopher Bunt*
Robert M. Parker
State Bar No. 15498000
Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 00783521
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com

Harry L. Gillam, Jr.
State Bar No. 07921800
**GILLAM & SMITH, L.L.P**
303 S. Washington Avenue
Marshall, TX 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
E-mail:  gil@gillamsmithlaw.com

Gregory S. Arovas (*admitted pro hac vice*)
Todd M. Friedman (*admitted pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY  10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
E-mail:  greg.arovas@kirkland.com
E-mail:  todd.friedman@kirkland.com

Nyika O. Strickland (*admitted pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 N. LaSalle Street
Chicago, IL 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
E-mail:  nyika.strickland@kirkland.com

*Attorneys for Defendant Intel Corporation*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 30, 2013.

                                                    */s/ Robert Christopher Bunt*
                                                      Robert Christopher Bunt